Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*December 03, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. **4:24-cr-607** |
| | § | |
| **RICHARD LEE BOWERS,** | § | **(UNDER SEAL)** |
| | § | |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**(16 U.S.C. §§ 3372, 3373 – Lacey Act)**

From on or about November 18, 2023, to on or about November 19, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**RICHARD LEE BOWERS**,

did knowingly engage in conduct that involved the sale, offer to sell, and intent to sell wildlife with a market value in excess of $350.00, that is: in exchange for consideration, offering to provide and providing others the opportunity to hunt ducks, knowing that said ducks were taken in violation of and in a manner unlawful under the laws, regulations, and treaties of the United States, specifically, the Migratory Bird Treaty Act, Title 16, United States Code, Section 703 *et seq*.

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B), and Title 18, United States Code, Section 2.

**COUNT TWO**

**(16 U.S.C. § 704 – Migratory Bird Treaty Act)**

From on or about November 18, 2023, to on or about November 19, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**RICHARD LEE BOWERS**,

did knowingly place or direct the placement of bait, as that term is defined under the Migratory Bird Treaty Act, on or adjacent to an area for the purpose of causing, inducing, or allowing any person to take or attempt to take any migratory game bird, that is, gadwall duck (*mareca strepera*) and wood duck (*aix sponsa*), by the aid of baiting on or over the baited area.

In violation of Title 16, United States Code, Sections 704(b)(2) and 707(c), and Title 18, United States Code, Section 2.

**NOTICE OF FORFEITURE**

**[16 U.S.C. § 3374 & 28 U.S.C. § 2461]**

Pursuant to Title 16, United States Code, Section 3374, and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of a violation of Title 16, United States Code, Section 3372, (1) all fish or wildlife or plants imported, exported, transported, sold, received, acquired, or purchased contrary to the provisions of section 3372 of this title, or any regulation issued pursuant thereto, and (2) all conveyances, and other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of fish or wildlife or plants, shall be subject to forfeiture to the United States, if (A) the owner of such vessel, vehicle, aircraft, or equipment was at the time of the alleged illegal act a consenting party or privy thereto or in the exercise of due care should have known that such vessel, vehicle, aircraft, or equipment would be used in a criminal violation of this chapter, and (B) the

violation involved the sale or purchase of, the offer of sale or purchase of, or the intent to sell or purchase, fish or wildlife or plants.

**Money Judgment**

Defendant is notified that upon conviction, the United States may seek a money judgment in the amount equal to the total value of the property subject to forfeiture.

**Substitute Assets**

If any of the property described above, as a result of any act or omission of the defendant,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

ROBERT S. JOHNSON
Assistant United States Attorney